# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the Western District of Missouri.

**The completed cover sheet must be saved as a pdf document and filed as an attachment to the Complaint or Notice of Removal.**

**Plaintiff(s):**
First Listed Plaintiff:
James Brown ;
**County of Residence:** Outside This District

**Defendant(s):**
First Listed Defendant:
Lee's Summit R7 School District ;
**County of Residence:** Outside This District

**County Where Claim For Relief Arose:** Jackson County

**Plaintiff's Attorney(s):**
Attorney Sarah A Brown (James Brown)
Brown & Curry, LLC
1600 Genessee Street, Suite 956
Kansas City, Missouri 64102
**Phone:** 816-756-5458
**Fax:** 816-666-9596
**Email:** sarah@brownandcurry.com

Attorney Daniel Curry (James Brown)
Brown & Curry LLC
1600 Genessee Street Suite 956
Kansas City, Missouri 64102
**Phone:** 816-756-5458
**Fax:** 816-666-9596
**Email:** dan@brownandcurry.com

**Defendant's Attorney(s):**
Attorney Stephanie Lovett-Bowman ( Lee's Summit R7 School District)
Spencer Fane LLP
1000 Walnut, Suite 1400
Kansas City , Missouri 64106
**Phone:** 816-474-8100
**Fax:** 816-474-3216
**Email:** slovettbowman@spencerfane.com

Attorney W. Joseph Hatley ( Lee's Summit R7 School District)
Spencer Fane LLP
1000 Walnut, Suite 1400
Kansas City, Missouri 64106
**Phone:** 816-474-8100
**Fax:** 816-474-3216
**Email:** jhatley@spencerfane.com

**Basis of Jurisdiction:** 3. Federal Question (U.S. not a party)

**Citizenship of Principal Parties** (Diversity Cases Only)
    **Plaintiff:** N/A
    **Defendant:** N/A

**Origin:** 2. Removed From State Court
    **State Removal County:** Jackson County
    **State Removal Case Number:** 2216-CV06309
**Nature of Suit:** 442 Employment
**Cause of Action:** Title VII

# Requested in Complaint

**Class Action:** Not filed as a Class Action

**Monetary Demand (in Thousands):** unspecified

**Jury Demand:** Yes

**Related Cases:** Is NOT a refiling of a previously dismissed action

---

**Signature:** Stephanie Lovett-Bowman

**Date:** 5/18/22

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.